# FINANCIAL DISCLOSURE REPORT

## Nomination Report

Government Act of 1978, as amended
(5 U.S.C. App. 4, Sec. 101-112)

| | | |
|---|---|---|
| son Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
| oy, Michael J. | Eighth Circuit Court of Appeal | 07/10/2001 |

| | |
|---|---|
| le *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* | 5. Report Type (check type) |
| cuit Judge Nominee | X Nomination, Date 07/10/2001 |
| | Initial    Annual    Final |

**6. Reporting Period**
01/01/2000
to
06/30/2001

**tambers or Office Address**

1st S.E., Suite 302

ar Rapids, IA 52401-1230

8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer _____ Date _____

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## OSITIONS *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|
| NONE *(No reportable positions.)* | |

## AGREEMENTS *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| NONE *(No reportable agreements.)* | |

## NON-INVESTMENT INCOME *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME *(yours, not spouse's)* |
|---|---|---|
| NONE *(No reportable non-investment income.)* | | |
| '99-2000 | St. Joseph School | |
| '00-2001 | Cedar Rapids Community School District | |

## REIMBURSEMENTS — transportation, lodging, food, entertainment.

*ludes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| NONE (No such reportable reimbursements.) | |

Exempt

## GIFTS

*ncludes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| NONE (No such reportable gifts.) | | |

## I. LIABILITIES

*cludes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities.) | | |
| 1 | Washington University | Education Loan for daughter's education | L |
| 2 | Northwestern Mutual Life | Policy Loan | J |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

VAL CODES: J=$15,000 or less     K=$15,001-$50,000     L=$50,001 to $100,000     M=$100,001-$250,000     N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

## Page 1 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. ist( ) of Assets (clu...g trust assets) ace "(X)" after each asset empt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | B. (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | D. If not exempt from disclosure (2) Date: Month-Day | D. (3) Value Code (J-P) | D. (4) Gain Code (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Firstar Bank Checking Account | A | Interest | J | T | | | | | |
| 2 Northwestern Mutual Life Insurance Company-cash values | C | Interest | K | T | | | | | |
| 3 Home Technology Systems Stock in Merchantile Bank IRA | A | None | J | T | | | | | |
| 4 PBHG Funds-Large Cap 20 Fund in IRA account | A | Dividend | K | T | | | | | |
| 5 General Mills common stock (DC) | A | Dividend | | | Sold | 5/00 | J | A | |
| 6 General Mills common stock (DC) | A | Dividend | J | T | | | | | |
| rstar Bank Stock Fund in IRA | A | Dividend | K | T | | | | | |
| 8 Vanguard Group Star Fund in IRA account | B | Dividend | | | Redeemed | 2/00 | K | C | |
| 9 Vanguard Group 500 Index Fund in IRA | A | Dividend | L | T | | | | | |
| 10 MONY cash value life insurance | A | Interest | J | T | | | | | |
| 11 Hungry Minds, Inc. | A | Dividend | J | T | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

Inc/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=$5,000,001 or more

Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
(Col. C1, D3)  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

Val Mth Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(Col. C2)  U=Book Value  V=Other  W=Estimated

## II. ADDITIONAL INFORMATION OR EXPLANATIONS.

*icate part of report.)*

Name of Person Reporting

**FANCIAL DISCLOSURE REPORT** · Melloy, Michael J.

Date of Report
07/13/2001

## CERTIFICATION

ertify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any nformation not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which ave been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____     Date  7/13/01

Note:          Any individual who knowingly and wilfully falsifies or fails to file this report
               may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

### FILING INSTRUCTIONS

Mail original and three additional copies to:

   Committee on Financial Disclosure
   Administrative Office of the United States Courts
   One Columbus Circle, N.E.
   Suite 2-301
   Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 20,000 | | | Notes payable to banks—secured | | 0 | |
| U.S. Government securities—add schedule | 0 | | | Notes payable to banks—unsecured | | 0 | |
| Listed securities—add schedule | 131,500 | | | Notes payable to relatives | | 0 | |
| Unlisted securities—add schedule | 10,000 | | | Notes payable to others | | 0 | |
| Accounts and notes receivable: | 0 | | | Accounts and bills due | | 0 | |
| Due from relatives and friends | 0 | | | Unpaid income tax | | 0 | |
| Due from others | 0 | | | Other unpaid tax and interest | | 0 | |
| Doubtful | 0 | | | Real estate mortgages payable—add schedule | 278,000 | | |
| Real estate owned—add schedule | 290,000 | | | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | 0 | | | Other debts—itemize: | | | |
| Autos and other personal property | 45,000 | | | LIFE INSURANCE LOAN | 37,500 | | |
| Cash value—life insurance | 57,000 | | | | | | |
| Other assets—itemize: | | | | | | | |
| FEDERAL EMPLOYMENT | 133,000 | | | | | | |
| RETIREMENT SYSTEM ACCOUNT | | | | | | | |
| | | | | Total liabilities | 315,500 | | |
| | | | | Net Worth | 371,000 | | |
| Total Assets | 686,500 | | | Total liabilities and net worth | 686,500 | | |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | NONE | | | Are any assets pledged? (Add schedule.) | YES | | |
| On leases or contracts | NONE | | | Are you defendant in any suits or legal actions? | NO | | |
| Legal Claims | NONE | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | NONE | | | | | | |
| Other special debt | NONE | | | | | | |